TONY WEST
Assistant Attorney General
DAVID KLINE
Director
Office of Immigration Litigation
District Court Section
J. MAX WEINTRAUB
Senior Litigation Counsel
DENISE S. LIPPERT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel:    202.307.8514
Fax:   202.305.7000
Email: denise.s.lippert@usdoj.gov

ATTORNEYS FOR RESPONDENTS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SATISH SHETTY,<br>　　　　Petitioner,<br><br>　　vs.<br><br>ERIC H. HOLDER, JR. ET AL.<br>　　　　Respondents. | Nos.   2:10-cv-05277-CAS<br>　　　　8:10-cv-01559-CAS<br>　　　　2:10-cv-07836-CAS<br><br>GOVERNMENT'S MOTION TO<br>DISMISS AS MOOT<br><br>[28 U.S.C. § 2241]<br><br>Honorable Christina A. Snyder |

## MOTION TO DISMISS AS MOOT

Petitioner Satish Shetty ("Shetty") filed the instant petitions for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from immigration detention. On June 22, 2011, the

Department of Homeland Security (DHS) and its Immigration and Customs Enforcement (ICE) filed a joint motion with the Immigration Court to dismiss without prejudice the immigration removal proceedings against Shetty and to allow Shetty to pursue his application for adjustment of status before United States Citizenship and Immigration Services. (USCIS) *(See* Joint Motion to Dismiss With Prejudice dated June 22, 2011, Attached as Exhibit 1.)  In the Motion, the parties agree that any dismissal or termination is without prejudice and does not constitute a final judgment on the merits. *Id.*  Further, the parties agree that DHS may seek to reopen removal proceedings if USCIS determines that Shetty is not eligible for adjustment of status. *Id.*

On June 23, 2011, an immigration judge terminated Shetty's immigration removal proceedings. (*See* Exhibit 2.)  ICE released Shetty from detention on June 24, 2011.

The United States Constitution limits this Court's jurisdiction to adjudicating actual cases and controversies. U.S. CONST. ART. III, § 2; *see also DeFunis v. Odegaard*, 416 U.S. 312 (1974) ("The inability of the federal judiciary to review moot cases derives from the requirement of Art. III of the Constitution under which the exercise of judicial power depends upon the existence of a case or controversy.") (internal citations omitted).  A case is moot when the issues presented are no longer live or when the parties lack a legally cognizable interest in the outcome. *Powell v. McCormack*, 395 U.S. 486, 496 (1969).  Likewise, a habeas corpus petition is considered moot when it no longer involves "a case or controversy to litigate." *See Munoz v. Rowland,* 104 F.3d 1096, 1097-98 (9th Cir.1997).  If developments occur during the course of adjudication that prevent a court from being able to grant the requested relief, the case must be dismissed as moot. *Flast v. Cohen*, 392 U.S. 83, 85 (1968).

Because Shetty has now been released from ICE custody, there is no longer any live controversy for this Court to hear.  A favorable decision on the merits would not entitle Shetty to any additional relief, and therefore he no longer has a "personal stake in the outcome." *See Graham v. United States Parole Comm'n,* 732 F.2d 849, 850 (11th Cir. 1984) (dismissing habeas petition as moot where petitioner ultimately sought release on parole and was released during


pendency of habeas action) (quotations omitted); *Thelander v. Kane,* --- Fed. Appx. ----, 2011 WL 108341, *1 (9th Cir. Jan. 13, 2011) (dismissing habeas petition as moot when petitioner was granted parole). Because Petitioner has been granted the relief he sought, release from detention, this case is therefore moot, and this Court must dismiss each of Shetty's habeas petitions pursuant to FED. R. CIV. P. 12(b)(1).

Respectfully Submitted,

Dated June 29, 2011

TONY WEST
Assistant Attorney General

DAVID KLINE
Director
Office of Immigration Litigation
District Court Section

J. MAX WEINTRAUB
Senior Litigation Counsel

s/ *Denise S. Lippert*
DENISE S. LIPPERT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Tel:    202.307.8514
Fax:   202.305.7000
Email: denise.s.lippert@usdoj.gov

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Washington, D.C. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Department of Justice, Office of Immigration Litigation District Court Section, P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044.

On this date, **June 29, 2011**, I served a copy of the above entitled document, GOVERNMENT'S MOTION TO DISMISS AS MOOT on petitioner by e-mailing it to him at the following e-mail address:

>   chicoo@sbcglobal.net

and by enclosing it in a sealed envelope, with postage thereon prepaid and addressed to petitioner as set forth below, and placing the envelope for delivery by the United States Postal Service:

>   Satish Shetty
>   BK 2605766-A93275966
>   James Musick Facility
>   Location D 99
>   13502 James Musick Rd.
>   Irvine, CA 92618
>
>   Satish Shetty
>   4351 La Barca Drive
>   Tarzana, CA 91356

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 29, 2011**, at Washington, D.C.

>   */s/ Denise S. Lippert*
>   DENISE S. LIPPERT