TONY WEST
Assistant Attorney General
DAVID KLINE
Director
Office of Immigration Litigation
District Court Section
J. MAX WEINTRAUB
Senior Litigation Counsel
DENISE S. LIPPERT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel:    202.307.8514
Fax:   202.305.7000
Email: denise.s.lippert@usdoj.gov
ATTORNEYS FOR RESPONDENTS

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SATISH SHETTY, | ) | Nos.   2:10-cv-05277-CAS |
| | ) | 8:10-cv-01559-CAS |
| Petitioner, | ) | 2:10-cv-07836-CAS |
| | ) | |
| vs. | ) | ORDERRE: GOVERNMENT'S |
| | ) | MOTION TO DISMISS AS MOOT |
| ERIC H. HOLDER, JR. ET AL. | ) | |
| Respondents. | ) | [28 U.S.C. § 2241] |
| | ) | Honorable Christina A. Snyder |

**[PROPOSED]** ORDER
**MOTION TO DISMISS AS MOOT**

Having read the papers in support of the motion, IT IS HEREBY ORDERED that

Respondents' Motion to Dismiss is GRANTED.  Judgment is entered in favor of Respondents.

Petitioner's three habeas petitions are DISMISSED without Prejudice.

DATED: June 30, 2011

_Christina A. Snyder_

_____
Christina A. Snyder
UNITED STATES DISTRICT JUDGE